UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

IN RE THE SEIZURE OF:

TWENTY-ONE JEWISH FUNERAL SCROLLS, PINKAS MANUSCRIPTS AND COMMUNITY RECORDS FROM COMMUNITIES IN ROMANIA, HUNGARY, UKRAINE AND SLOVAKIA AS SET FORTH IN EXHIBIT A HERETO

AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT AND WRIT OF ASSISTANCE

21-MJ-837

(Kuo, M.J.)

- - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

       MEGAN BUCKLEY, Special Agent with the Department of Homeland Security, being duly sworn, deposes and says:

    1.    I am a special agent with the Department of Homeland Security – Homeland Security Investigations ("HSI") and have been so employed by HSI and its predecessor agencies for approximately 16 years. I am currently assigned to the Cultural Property, Art, and Antiquities Group at HSI. I have investigated, among other matters, criminal activity related to artwork and antiquities, including theft, fraud, and other crimes involving highly regarded works of art such as paintings, sculptures, and antiquities. I have personally participated in the instant investigation.

    2.    During the course of my employment with HSI, I have executed dozens of search warrants at personal residences, and I have employed various investigative techniques, including physical and electronic surveillance, consensual recording, seizure and review of digital and physical evidence, utilization of confidential human sources and cooperating witnesses,

undercover operations, and financial analysis. I have been trained on the laws relating to searches and seizures at the Federal Law Enforcement Training Facility in Glynco, Georgia. I have also participated in the execution of search warrants involving electronic evidence.

3. The information contained in this Affidavit is based upon my personal knowledge and involvement in the investigation of this matter, as well as information that federal law enforcement officers have obtained from other sources, including conversations with witnesses, as well as my review of documents gathered during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of seizing the above-captioned Twenty One Jewish Pre-Holocaust Funeral Scrolls, Pinkas Manuscripts and Community Records from Communities in Romania, Hungary, Ukraine and Slovakia (the "Manuscripts and Scrolls") as more fully described in Exhibit A to this Affidavit, it does not include every fact that I have learned during the course of the investigation. Where the contents of documents and actions, statements and conversations of others are reported herein, they are reported in sum and substance and in part, except where otherwise indicated.

4. This affidavit is submitted in support of the government's application for a warrant, pursuant to 18 U.S.C. § 981(b) and 21 U.SC. § 853(f), authorizing the seizure of Manuscripts and Scrolls, as described in Exhibit A hereto, believed to be currently situated at the following locations: (a) the offices of Kestenbaum and Company located at Brooklyn Navy Yard, 141 Flushing Avenue, Brooklyn, NY 11205; (b) 1175 Park Avenue, Unit 6C, New York, New York 10128; (c) 20 Rita Ave., Unit 311, Monsey, NY 10952; (d) the offices of The National Library of Israel, Safra Campus, Givat Ram, POB 39105, Jerusalem 91390, Israel; and (e) the offices of Yeshivat Ahavat Shalom, 1 Hazanovitch Street, Kehillot Yisrael Institute, Jerusalem, Israel.

**Statutory Framework**

5. Title 19, United States Code, Section 1595a(c)(1)(A) provides that "[m]erchandise which is introduced or attempted to be introduced into the United States contrary to law . . . shall be seized and forfeited if it . . . is stolen, smuggled, or clandestinely imported or introduced."

6. Merchandise is forfeitable under Section 1595a(c)(1)(A) as "stolen" property if it was imported contrary to Title 18, United States Code, Section 2314. That statute provides in pertinent part:

> Whoever transports, transmits, or transfers in interstate or foreign commerce any goods, wares, merchandise . . . of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud;

violates the law.

7. Cultural property is considered "stolen" under Title 19, United States Code, Section 1595a(c)(1)(A) and Title 18, United States Code, Section 2314, if it was taken without official authorization from a foreign country whose laws establish state ownership of cultural property.

8. This case involves the cultural property of pre-Holocaust Jewish communities in Romania, Hungary, Slovakia and Ukraine, and of the Holocaust survivors from those communities, who returned to their homes to find this cultural property and other items taken.

9. Pursuant to various international treaties and conventions, the subject Manuscripts and Scrolls were illegally taken from their rightful owners, the Holocaust survivors of the Jewish Communities from Romania, Hungary, Slovakia and Ukraine.

3

10. Under the provisions of the Paris Peace Treaty of February 10, 1947 ("1947 Paris Peace Treaty"), all unclaimed movable Jewish property was to have been returned to the communities of the survivors.

11. In the 1970 Paris Convention on the Means of Prohibiting and Preventing the Illicit Import, Export and Transfer of Ownership of Cultural Property, defined cultural property as including "property, which on religious or secular grounds, is specifically designated by each state of being of importance" and which was specifically defined to include "objects of ethnological interest" as well as "rare manuscripts" either "singly or in collections."

12. The signatory nation states, which included the United States, Hungary, Romania and Ukraine, determined that there was a need to preserve cultural property, recognized that this type of property belonged to the nationals of the state in which it was created, and committed to ensuring against the illegal import, export and transport of such property, with the ultimate goal of restoring the cultural property to its creators.

13. In 2009, 46 nation states, including, the United States, Hungary, Romania, Ukraine and Slovakia entered into the Terzin Declaration on Holocaust Era Assets and Related Issues, which included a commitment from each of these nation states to expedite the restitution of former Jewish property, and specifically mentioned property from Jewish cemeteries and burial sites, as well as Jewish Cultural Property, such as "sacred scrolls, synagogue and ceremonial objects" as well as "manuscripts, archives and records of Jewish communities" that had been removed from their rightful owners during the Holocaust.

14. Further, the individual laws of several of the nation states from which the Manuscripts and Scrolls originated, prohibit the removal of such cultural property.

15. Specifically, pursuant to the 1947 Paris Peace Treaty, Hungary adopted Law no. XVIII/1947 enacted on September 15, 1947 which required that all movable property that was inappropriately confiscated on the basis of racial or religious origin, shall be restored to the original owners, or if the original owners are unable to be found, community representatives and/or surviving community members.

16. Since 1969, under Hungarian law, the Manuscripts and Scrolls are "archive documents" that would have required export licensing, but a search conducted (at this agent's request) of Hungarian records indicates that there are no export licenses on file for the subject Manuscripts and Scrolls.

17. More recent Hungarian laws further expand on the illegality and need to return stolen cultural artifacts. Moreover, Hungarian Act No. LXIV of 2001 on the Protection of Cultural Heritage, Article 54 prohibits the removal of cultural artifacts from Hungary without appropriate export licenses or documentation, for which, in regard to the subject Manuscripts and Scrolls, there is none; and Hungarian Act LXXX of 2001 on the Return of Illegally Exported Cultural Property mandates the return of such items. Further, Hungary has incorporated EU directive 2014/60/EU with Act No. LXXX of 2001 which provides for the return of "cultural goods" that were "unlawfully removed from the territory of the requesting state."

18. In Romania, there also were prohibitions on the export of cultural artifacts such as the Manuscripts and Scrolls. This is evidenced in Romanian Law no. 64/1969 which focused "on the protection and preservation of goods of national interest that represent artistic, historical or documentary values." Romanian Law no. 64/1969 was replaced in 1974 by Romanian Law no. 63/1974, the intent of which was "the protection of the national cultural heritage of the Socialist Republic of Romania." After the 1989 Romanian Revolution, these concepts were

5

codified in Romanian Laws no. 140/1997, Law no. 501/2002 and other subsequent acts that incorporated concepts from the Paris Peace Treaty that required cultural property to be returned to either its original creators, to community representatives or surviving members of that community. Most notably Romanian Law no. 182/2000 "regarding the protection of the moveable national heritage," defines national cultural heritage as including "cultural goods that are included in the inventory of religious cults and of ecclesiastical institutions" and in Article 7 directs that "[c]ompetent authorities are have (sic) the obligation to intercede . . in order to recover the cultural objects that were illegally exported, stolen from museums or collections or unrightfully held abroad."

19. In 1999, Ukraine issued an Official Bulletin of the Verhovna Rada N. 48, p405, amended in 2003, by Law No. 594-IV, N 24, p 159 and in 2005 by Law No. 2599-IV, N 26, p. 349 which "regulates relations with regard to exportation, importation and restitution of cultural values and is aimed at protection of national cultural heritage and development of international cooperation in cultural sphere (sic)." The law defines items bearing "cultural values," as those which, *inter alia*, have "ethnographic" significance, and in the form of "manuscripts" or "archival documents." The Ukrainian law sets forth regulations regarding the licenses and permissions required for the rightful owners of certain cultural values to be able to potentially legally export their cultural artifacts, but in Article 4, explicitly provides that "[c]ultural values, illegally exported from the territory of Ukraine," are "[s]ubject to return to Ukraine."

20. Finally, in 2009, Slovakia enacted Act of the National Council of the Slovak Republic No. 207/2009 of 28 April 2009 on conditions for the export and import of objects of cultural significance, which regulates the "conditions for the permanent export or temporary export of an object of cultural significance 1) from the territory of the Slovak Republic." As

with the statutory schemes established in the other countries, the Slovakian Act sets forth appropriate procedures and prerequisites for the temporary or permanent export of legitimately owned cultural property or items of cultural significance, and in Section 10 establishes that "[i]t is a misdemeanour a) to export permanently an object of cultural significance from the territory of the Slovak Republic . . . to a location outside the customs area of the Community without a valid license . . . or without certification." The law further provides that it is a misdemeanor to falsify documents or provide inadequate or inaccurate information for the purposes of illegally exporting cultural property from Slovakia.

## FACTUAL BACKGROUND

21. In or around February 2021, law enforcement learned that the auction house of Kestenbaum and Company ("Kestenbaum auction house"), had offered for its 92nd auction of February 18, 2021 (the "Auction"), a total of 21 Manuscripts and Scrolls, as described more fully in Exhibit A hereto, originating from flourishing and dynamic Jewish communities (the "Jewish Communities") that existed and lived before World War II and the Holocaust in what is currently parts of Hungary, Slovakia, Romania and the Ukraine. Upon information and belief, one of the Manuscripts and Scrolls is located at the Kestenbaum auction house's offices, another is with a buyer in Monsey, New York, and 17 are with the consigner at 1175 Park Avenue, Unit 6C, New York, New York 10128. Two of the remaining Manuscripts and Scrolls were sold to the National Library of Israel and one was sold to an individual in Israel.

22. These Jewish Communities were gathered in ghettos, robbed of their belongings and deported to Nazi death camps where the majority of the communities' members were killed.

23. After the end of World War II, surviving members of the Jewish Communities returned to find their homes ransacked, buildings emptied of all movable property and devoid of anything of value.

24. Among the items that were stolen at that time were the Manuscripts and Scrolls that were prepared by the Jewish Communities and the vast majority of which contain, *inter alia,* data relating to the deceased members of the communities, ranging, depending on the scroll and the community, from as early as 1840 to about the mid-1940s, just before the Holocaust, with two of the Manuscripts and Scrolls containing post-Holocaust entries, identifying community members who were lost to the Holocaust.

25. Upon information and belief, as the nations of Romania, Hungary, Ukraine and Slovakia were under Communist rule from the end of World War II until about 1989 (for Romania, Hungary and Slovakia, which later split from Czechoslovakia in 1993) and 1991 (for Ukraine) the movement of the Manuscripts and Scrolls outside of these nations would have been very severely restricted because of the general prohibitions on the movement of people and items out of Communist nations during the period of Communist rule.

26. Accordingly, until they were recently discovered as being offered for sale at the Auction, the Manuscripts and Scrolls were believed to have been lost for all time.

27. An in-depth examination of several of the lots of Manuscripts and Scrolls that the Kestenbaum auction house had offered for sale confirmed the origins of the Funeral Scrolls as being from dynamic and flourishing pre-Holocaust Jewish Communities.

28. For example, Lot 33, which is the Memorial book of the Sacred Society (Chevra Kadisha) of the Jewish Community of Kolozvar, upon information and belief, is located near or at the current location of the city of Cluj-Napoca in Romania.

29. The memorial book offered as Lot 33 contains memorial entries of various members of the Kolozvar Jewish Community, and is mentioned in a book published in Cluj, Romania in 1936 commemorating the first one hundred years of the existence of the organized Jewish Community in that city, thus establishing the memorial book's presence in the city of Cluj Romania shortly before the Holocaust had begun.

30. The fact that there was no record of the memorial book being in the city of Cluj after the Holocaust, like all other movable property of the Jewish Communities during the Holocaust, indicates that it was stolen from its original owners and not located until it surfaced in the Auction.

31. While Lot 33 is unique in that there is photographic evidence of its presence in the city of Cluj before the Holocaust, there is information establishing that the other 20 Manuscripts and Scrolls were improperly appropriated from their original locations and the Jewish Communities that created them.

32. Examination of the remaining 20 lots of Manuscripts and Scrolls offered in the Auction establishes that all of the lots contain the names, memorial entries, or other information relating to the members of the Jewish Communities who were buried in the towns of Romania, Hungary, Ukraine and Slovakia where the Manuscripts and Scrolls were created and maintained.

33. While the information contained in each of the Manuscripts and Scrolls varies, generally speaking, the information contained in the scrolls invariably includes and/or relates to one or more of the following: prayers for the dead, memorial pages and/or the names of deceased members of the Jewish Communities, operating rules of the society, society member payments, obligations, society regulations, the identity of society religious leaders, and, in some cases the names of the society members who were deported by the Nazis to Auschwitz.

34. The information contained in the Manuscripts and Scrolls establishes that during the late 19th and mid-to-early 20th century, the scrolls were part of, and belonged to the Jewish Communities from the nations of Romania, Hungary, Slovakia and Ukraine, as the scrolls all identify members of those communities, and contain information about those communities and those who contributed to them either as leaders or benefactors.

35. Most importantly, however, the Jewish Communities used these scrolls to remember their dead and record important events about community life and their society.

36. Upon information and belief, nearly all of the Manuscripts and Scrolls disappeared or were confiscated by individuals or entities who had no legal right to procure them either during or immediately after the Holocaust. As such, they represent invaluable cultural religious artifacts that should be properly returned to the survivors of their original Jewish communities.

37. Further, upon information and belief, the subject Manuscripts and Scrolls could not legally be removed from what were then the Communist regimes of Hungary, Romania, Slovakia, and Ukraine, because of the restrictions on the legal migration of individuals and legitimate export of goods during the entirety of the Communist regime from 1948 to 1989, from those countries to non-Communist countries.

38. Thus, as set forth above, upon information and belief, in view of the existence of Communist rule in the subject nation states and thereafter, legislative restrictions on the export of cultural property from each of these nations, and the absence of any provenance or documentation of conveyance from any survivors of the Jewish Communities who created or originally owned the Manuscripts and Scrolls, there is no legitimate means by which the

Manuscripts and Scrolls could have been imported into the United States without having been illegally acquired or stolen from the originating Jewish Communities.

## Conclusion

39.     Based on the information set forth above, I submit that there is probable cause to believe that the Manuscripts and Scrolls constitute cultural property of the Jewish Communities of Romania, Ukraine, Slovakia and Hungary, the importation of which was in violation of Title 19, United States Code, Section 1595a(c)(1)(A).  Accordingly, I respectfully submit that there is probable cause to believe that all of the Manuscripts and Scrolls set forth in Exhibit A hereto are subject to forfeiture and respectfully request that a seizure warrant be issued, pursuant to Title 21, United States Code, Section 853(f) and Title 18, United States Code, Section 981(b).

40.     It is further respectfully submitted that a restraining order, pursuant to 21 U.S.C. § 853(e), will not be sufficient to preserve the Manuscripts and Scrolls, as the Kestenbaum auction house had sold one or more of the Manuscripts and Scrolls before being contacted by law enforcement agents, the items are in demand from buyers across the globe and can be easily sold and/or transferred to frustrate the government's efforts to unite them with the survivors and successors of the originating communities. While the Kestenbaum auction house has been cooperating with law enforcement and has not sold additional scrolls since being contacted, it is unclear how much longer the auction house will continue to cooperate while it is in possession of one of the Manuscripts and Scrolls.  As an auction house, it may return the item to the consigner, who could then sell it, or the auction house could sell the item in its possession internationally, as it has in the past, potentially placing it beyond the Court's jurisdiction and undermining the government's efforts to return it to the survivors and successors of the community that created it.

41.     Conversations with a consigner who has seventeen of the known Manuscripts and Scrolls raised even more significant concerns regarding potential liquidation. While the consigner also has been cooperating with law enforcement up to this point, it is unclear how long the consigner will continue to do so. Notably, the consigner has repeatedly expressed that he feels that he should be compensated for having the Manuscripts and Scrolls which contributes to the government's concerns of potential liquidation. Indeed, the consigner has expressly repeatedly stated his intention to sell the Manuscripts and Scrolls to international buyers, one of whom, in Ireland, already has contacted him directly, and then let those international buyers make high quality facsimiles and distribute them to interested parties. While the consigner's intention would allow the consigner to obtain renumeration for the Manuscripts and Scrolls, it would operate to prevent the government from returning the works to the survivors and successors of the Jewish communities that created them.

42.     Based on our conversations with the consigner, it is clear that, absent a warrant, the consigner's intention is to sell the Manuscripts and Scrolls to the highest bidders and he will not provide them voluntarily to the survivors and successors of the originating communities. The Manuscripts and Scrolls have proven to be fungible, easily sold and in demand.  Given that one or more buyers already have reached out to the consigner to purchase certain of the Manuscripts and Scrolls, and the ease with which the Manuscripts and Scrolls have been and can be sold either through the auction house or by the consigner directly, a restraining order will not be sufficient to preserve these unique cultural works. For these reasons, seizure of the Manuscripts and Scrolls is needed in this case.

43.     As mentioned above, based upon information and belief, three of the Manuscripts and Scrolls have been sold to individuals and/or entities in Israel, however, this information is

provided for the Court's information only. Specifically, the information is being provided as context to reflect the potential for sale of these items, and to illustrate the need for seizure because international sales would complicate and potentially frustrate the seizure, retrieval and return of these items to the originating communities. This affidavit is not submitted in support of any seizure of any of the Manuscripts and Scrolls that may be located outside of the United States at this time.

*Megan Buckley*

MEGAN M. BUCKLEY
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me by telephone on July 20 , 2021

HONORABLE     PEGGY KUO
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

**Listing of Manuscripts and Scrolls**

1. *CHEVRA KADISHA. Burial Society Board With Prayers For Funeral.* (Lot 4). Hebrew Manuscript written on paper, set behind glass, within thick wooden frame. Designed to be held aloft to accompany the mourners while walking toward the grave. Includes, *inter alia*, Hebrew prayer for accompanying the dead to their grave. The town of Jassy figures prominently in Jewish history, with the first documented presence of Jews to arrive there in the late 16th century. By the mid-19th century, the city was at least one-third Jewish. Metal plaque attached. Entire frame: 16 x 27 inches (40.5 x 68.5 cm).

2. *PINKAS. BUCHAREST, ROMANIA. Sepher HaZikaron [Memorial Book Of The Talales Synagogue, Bucharest].* (Lot 32).[1] Manuscript written in Hebrew and Yiddish in square and cursive calligraphic hands on paper. Table listing names of the 22 individuals who established the synagogue, each colorfully ornamented by the artist. Commences with two autograph letters offering blessings to the group who formed this congregation. Includes information about the community's procedural issues, relating to *inter alia*, the collection of monies from charity containers; control over behavior, lending and sales of Torah Scrolls, where unmarried men may sit in the synagogue, community donations and the congregation's search for a permanent location. These date from the 1870's and 1880's. There also are several pages that appear to be attempts at beginning another Pinkas for the congregation. pp. 173 (excluding blanks). Variously worn, and stained, few leaves loose or torn. Original gilt-tooled boards, with later date (1902), rubbed and shaken. Folio.

3. *PINKAS. Klausenburg / Cluj, Hungary. Pinkas Klali D'Chevra Kadisha [Community memorial volume].* (Lot 33).[2] Manuscript written in Hebrew and Yiddish, composed in square calligraphic and cursive hands on paper. With elaborate, artistic title-page poetically extolling the three leaders of the Burial Society. There are five pages with a striking list of names of departed community members, and hundreds of pages of individual entries. Each one lists the name of the individual in striking letters, followed by a calligraphic entry giving their date of acceptance to the Chevra Kadisha. The first of these entries is dated 1836 and the last is 1899. The final 120 entries (from 1883) also list the names of the wives of members. pp340. Original gilt titled boards, rubbed, backstrip starting. Lg. folio.

4. *PINKAS. MEDIAS, ROMANIA. Incorporations-Buch Der Mitgleider Der Chewra Kadisha Medias.* (Lot 34).[3] Printed forms, with manuscript additions. The opening page of this

---

[1] This lot was sold to an individual in Jerusalem.

[2] The "Lot" numbers reference the auction lot numbers that were assigned to each of the Manuscripts and Scrolls at the 92nd auction of the Kestenbaum and Company auction house scheduled for February 18, 2021.

[3] Lots 34 and 38 were sold to a representative of the National Library of Israel.

volume is dedicated to the president of the community who financed the construction of a Jewish school building and a new mikvah adjacent to the synagogue. The Pinkas manuscript records the names, payments and obligations of dozens of Transylvanian Jews and their families. 105 full-page membership-entry details (of 200). Text in German, Hebrew and Yiddish, written in a fine calligraphic hand. Original heavy boards. Lg. folio.

5. *PINKAS. Mehala / Temesvár, Rumania. Kel Malei Rachamim [Yizkor Book Of The Community Chevra Kadisha].* (Lot 35). Manuscript in Hebrew. Each page of this manuscript is a Kel Maleh prayer. Each is finely composed in calligraphic hands often with artistic borders and stylistic decorations. These memorial entries are for dozens of men and women from the community. Written in square calligraphic hands on paper. pp 34. Touch stained. Original morocco with metal corner-pieces and central clasp with lock, rubbed. Sm. folio.

6. *PINKAS. Oradea, Grosswardein, Rumania. Pinkas Keren Kayemeth DeChevrath Lomdei Shas - (NAGY)VARAD.* (Lot 36). Manuscript in Hebrew. Contains hundreds of names with birth and death dates, men and women. Each page in a magnificent calligraphic hand, occasionally with color. Rules of the Society in Yiddish and in German. In 1944 Hungarian authorities forced the Jewish inhabitants of Oradea into a ghetto before sending them to their deaths in Auschwitz. pp. 171 (excluding blanks). Contains hundreds of names with birth and death dates, men and women. Original calf-backed boards with morocco title-label on upper cover. Folio.

7. *PINKAS. PETROVA, MARAMUREȘ COUNTY, RUMANIA. Pinkas MehaChabirah Kadusha De'poh Yishuv YISHUV PETREVA.* (Lot 37).[4] Manuscript in Hebrew written in square and cursive calligraphic hands on paper. Contains the regulations and member donations of the Burial Society of Petrova. Following an introduction about the importance of caring for the ill and the responsibility of caring for the dead, are 22 regulations. These include rules for the structure of leadership, dues-paying by members, the maintenance of good relations, etc. The entries after this record the dates of the yearly banquet, names of appointed officers and lists of hundreds of donations and the accounting thereof. At the rear of the manuscript are two pages providing a partial outlay of the cemetery and several dozen graves. pp. 130 (including blanks). Lightly stained. Modern boards. Folio.

8. *PINKAS. SATMAR / SATU MARE, HUNGARY. Pinkas Chevra Kadisha [Community Memorial Volume].* (Lot 38). Manuscript in Hebrew, square calligraphic and cursive hands on paper. Members recorded on individual pages in a large Hebrew calligraphic hand. This Pinkas is fairly typical of the genre of Chevra Kadisha Pinkasim - but with a striking exception: it dates to after the Holocaust years. Sixteen of the pages list members in large and striking Hebrew.

---

[4] This lot was sold to an individual in Monsey, NY.

Exhibit A: *In re the Seizure of: Twenty One Jewish Funeral Scrolls, Pinkas Manuscripts And Community Records From Communities In Romania, Hungary, Ukraine And Slovakia;*
Case Number: 20 – MJ - 837  (Kuo, M.J.)

Both fathers and mothers are listed in the patronymic. pp. 20 (excluding blanks). Large thick folio.

9. *PINKAS. Borod (Nagybáród), Transylvania. Pinkas Chevrah Kadisha [Community Memorial Volume].* (Lot 39). Manuscript in Hebrew and Yiddish written in square and cursive calligraphic hands on paper. This manuscript was prepared for the Burial Society of Borod. The title page includes a flowery acrostic poem composed from the Hebrew letters of the town name. Elaborate multi-colored title. The chronogram on the title-page is erroneous. Following this are several sets of Regulations adopted by the society at different times. The signatures of members are appended to the end. The Pinkas features dozens of pages with members' names written as single entries in large ornamental letters, many with geometric and colorful surrounds. At the end of the manuscript, opening the from the left side, are several pages with many names of individuals, dates, and records of payments. pp. 99 (excluding blanks). Lightly worn and stained. Modern boards. Folio.

10. *PINKAS. Laposch / Magyarlápos, Transylvania. Sepher Zichronoth M'Chevra Kadisha Community Memorial Volume].* (Lot 40). Hebrew manuscript on paper written in square and cursive Ashkenazic hands. This Pinkas manuscript records the names, payments and obligations of dozens of Transylvanian Jews and their families. pp. 120. Few stains. Original marbled boards, worn.

11. *PINKAS. Biserman, Böszörmény, Hungary. Protocoll-Buch / Pinkas Chevra Kadisha [Community Memorial Volume].* (Lot 41). Manuscript written in Hebrew and Yiddish, square calligraphic and cursive hands on paper. Contains introductory section, names of individual community members written in a large black script, with pink and gold accents, and family information, in Hungarian. Each entry is numbered. The dates in these entries run from 1868 to 1906. Provides a seating chart for the synagogue, which includes seating numbers correspond to the entries in this section. Also includes a list of approximately 120 members by name, recorded on April 10, 1892. pp. 159 (excluding blanks). Light wear. Original boards with metal corner-pieces, rubbed. Folio.

12. *PINKAS. Dindish / Gyöngyös, Hungary. Kel Maleh Rachamim [Community Memorial Book].* (Lot 42). Manuscript in Hebrew, square calligraphic hand-written on thick card-stock. Contains information relating to a very old Jewish community that originated in the 15th century, and numbered about 2,250 in 1920. Contains names of hundreds of men and women and identifies their donations. An English philanthropist, Moses Montefiore is prominently mentioned. pp. 12. Modern boards. Sq. folio.

13. *PINKAS. Galanta, Hungary. Melatsche-Buch Chevra Kadisha [Community Memorial Volume]. Volume II.* (Lot 43). Manuscript in Hebrew and Yiddish written in square calligraphic and cursive hands on paper. Colored title page in blue, black, red, and gold. Subsequent pages are divided into four with four names listed, for a total of about 400 individual names. Each

Exhibit A: *In re the Seizure of: Twenty One Jewish Funeral Scrolls, Pinkas Manuscripts And Community Records From Communities In Romania, Hungary, Ukraine And Slovakia;*
Case Number: 20 – MJ - 837  (Kuo, M.J.)

entry is numbered and most have the official stamp of the Burial Society, many are dated. The final date in these entries is 1943, followed by a tragic, pregnant pause, and a resumption of entries in 1946. The last dated entries are from 1949. Following this are several pages where the only date of each entry is the weekly Torah reading, and thereafter commemorating victims of Nazi deportation, most of whom are children. pp. 102 (excluding blanks). Original boards, worn. Lg. folio.

14. *PINKAS. Hajdúnánás, Nanash, Hungary. Pinkas Shel Chevra Kadisha [Community Memorial Volume].* (Lot 44). Manuscript in Hebrew and Yiddish, square and cursive calligraphic hands written on paper. Finely wrought title-page. Sets forth community rules, including equal treatment of the rich and the poor.  Contains individual pages of the names of prominent community members, many of which are in full color, with adornments and illustrations of animals.  Includes dates of death of community members with the latest being 1941.  pp. 201 (excluding blanks). Light wear and few stains in places, final few leaves removed (blanks?) Original calf over thick wooden boards, applied Star-of-David partially lacking from upper cover. Lg. folio.

15. *PINKAS. Hedyas / Hőgyész, Hungary. Pinkas Yizkor [Community Memorial Volume].* (Lot 45). Manuscript written in Hebrew and Yiddish, square and cursive calligraphic hands on paper. Artistic title page in black and red.  Several pages of names follow dated between 1863 and 1871. pp. 12 (excluding blanks). Original boards, worn. Folio. Hedyas, Hungary: 1861.

16. *PINKAS. Igla / Uhlya, Hungary. Pinkas D'Chevra Kadisha [Community Memorial Volume].* (Lot 46).  Manuscript written in Hebrew and Yiddish, square calligraphic and cursive hands on paper. The introductory section of this Pinkas are five pages of community regulations. These regulations contemplate *inter alia* selecting leadership, caring for the sick, burying the dead, and memorializing the dead.  Following this are pages with entries of names. The first fifty or so entries are written in a large calligraphic manner with flourishes and delicate ornamentation, when the pages of the book ran out, a second entry of names was added to each page, some in pencil, each numbered for 352 names in all. This manuscript also contains information about the acceptance of members and the appointment of officers in the community.  pp 285. Original calf with ornate gilt-tooling (with stamp of stationary shop in Eperies (Prešov)), rubbed. Large folio.

17. *PINKAS. Mikulash / Liptószentmiklós, Hungary. Sepher Zichronoth - Hazkara Und Legaten- Buch [Memorial Book]. Manuscript In Hebrew, Written In A Variety Of Square Calligraphic Hands On Paper.* (Lot 47). Manuscript In Hebrew, Written In A Variety Of Square Calligraphic Hands On Paper. Title-page of volume is composed in red and black, and features a watchful eye at top. Includes a listing of the names of the deceased member of the community, the donations they bequeathed, and related biographical information. There are three sections, each of varying artistic quality, followed by a series of unsigned entries. pp. 122 (excluding blanks). Light wear. Original boards, covers titled in gilt, rubbed.  Folio.

Exhibit A: *In re the Seizure of: Twenty One Jewish Funeral Scrolls, Pinkas Manuscripts And Community Records From Communities In Romania, Hungary, Ukraine And Slovakia;*
Case Number: 20 – MJ - 837  (Kuo, M.J.)

18. *PINKAS. Pest-Ofen, Hungary. Gedenkbuch Der Vorstorbenen… 'Anshei Avodah'.* (Lot 48). Manuscript in Hebrew, Yiddish and Hungarian, written in square and cursive calligraphic hands on paper. The first pages in this volume are ornately drawn in black, purple, and gold and are handwritten prayers for the dead. There is an illustrated memorial page for the community's Rabbi and thereafter follow several pages of lists of names, is a large section comprising individual pages honoring members by name. The individual members' pages are artistic, with interesting borders, designs, and emblems, using many different colors and one page contains an illustration of a lion and lioness. At the end of the book are later memorial service listings that resume after World War II, with the last of these dated 1965. pp. 64 (excluding blanks). Lower corners worn from use. Original gilt-titled velvet-lined boards, worn. Folio.

19. *PINKAS. Tab / Tabau, Hungary. Protokol Der Chevra Kadisha [Burial Society Volume].* (Lot 49). Manuscript in Hebrew and Yiddish written in square and cursive calligraphic hands on paper. Following the simple title page, at the beginning of the volume are 12 pages arranged according to the Hebrew months. Each one lists the names and accompanying memorial dates for that month. The next section includes pages dedicated to individuals or families, where the names are written in large calligraphic script, and further details are added in Yiddish. The earliest date is 1840, and the latest is 1942. The end includes an apparently earlier manuscript of approximately 20 pages of memorial entries. pp. 162 (excluding blanks). Light wear. Modern calf. Folio.

20. *PINKAS. Tziglet, Hungary. LeZecher Olam [Memorial Roll]. Patrons Include The Officers Of The Burial Society, Including Families: Vardi, Vigner, Plutchok, Vogel And Roth.* (Lot 50). Hebrew manuscript ON VELLUM written in various calligraphic Aschkenazic hands. Memorial table commences paying homage to the great philanthropists of the community, followed by the names of dozens of men and women. Names in Hebrew, often with family names in Latin letters. pp. 10. Worn and stained in places, few names covered by tape. Modern calf. Square folio.

21. *PINKAS. Vranov, Hungary. Pinkas Chevra Kadisha [Burial Society Record-Book].* (Lot 51). Manuscript in Hebrew and Yiddish written in square calligraphic and cursive hands on paper. Following the title page are individual entries of names. Each entry is composed with a fine frame around a handsomely transcribed name, a few of which are in gold with colorful adornment. pp. 219 (excluding blanks). Original calf, titled on upper cover, rebacked. Folio.